ELIZA SCHWARTZ v. JACOB L. LISSNER.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling. Page and Shearn, JJ.

SIDNEY B. KLEE v. POSTAL LIFE INSURANCE COMPANY.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FREDERICK C. TURNER v. NELSON HISS.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JACOB KLINGER v. JACOB H. COHEN.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JERRY R. BEGG v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

IRVING WOLF v. ÆTNA ACCIDENT AND LIABILITY COMPANY.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

DOMINICK G. RILEY v. SAMUEL P. TULL.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN M. LEDDY v. ROBERT H. ERNEST.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

W. EDSON ANDREWS v. COSMOPOLITAN BANK.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

J. GEORGE STACEY v. GEORGE W. MEYER.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HUGH J. REILLY v. FRANK STEINHART.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HENRY M. NEARY v. GEORGE J. GOULD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE CITY OF NEW YORK v. NATIONAL SURETY COMPANY and Another. THE CITY OF NEW YORK v. NATIONAL SURETY COMPANY and Another.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HUGH N. JONES v. DANIEL P. BERGHEIMER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

NEW YORK INSTITUTE FOR DEAF AND DUMB v. THE CITY OF NEW YORK. — Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MORRIS MAY v. HETTRICK BROTHERS COMPANY.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.